

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARYL BOWEN, SR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>AUGUSTIN ARIAS, <br><br>　　　　Defendant. | Case No. CV 09-0975-R (MLG) <br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein including the Report and Recommendations of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendations and orders the action be dismissed with prejudice.

Dated: July 17, 2009

　　　　　　　　　　　　　　　　Manuel L. Real
　　　　　　　　　　　　　　　　United States District Judge