FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DARYL BOWEN, SR.,                    )     Case No.   CV 09-0975-R   (MLG)
        Plaintiff,           )          JUDGMENT
        v.                   )
AUGUSTIN ARIAS,                      )
        Defendant.           )
_____     )

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: July 17, 2009

_____
Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY